**STATE of Missouri, Respondent,**

v.

**Sean M. FISK, Appellant.**

**No. WD 60034.**

Missouri Court of Appeals,
Western District.

Submitted July 2, 2002.

Decided Sept. 10, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 2002.

Application for Transfer Denied
Nov. 26, 2002.

Sarah Weber Patel, Assistant Appellate Defender, Kansas City, MO, for appellant.

Jeremiah (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

*Order*

PER CURIAM.

Sean Fisk appeals his convictions following a jury trial for the class B felony of attempting to manufacture methamphetamine in violation of section 195.211 RSMo Cum.Supp.1998, and the Class C felony of possession of a chemical with the intent to create a controlled substance in violation of section 195.420 RSMo Cum Supp.1998. Fisk complains of the admission of evidence obtained as a result of a search of his vehicle. He also contends the evidence was insufficient to support the conviction. Having carefully considered the contentions on appeal, we affirm by summary order. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).